CGFD15 (4/23/16)



**ORDERED in the Southern District of Florida on October 4, 2019**



**Erik P. Kimball**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–22590–EPK**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Nicholas James Reinhart
aka Nicholas J. Reinhart, aka Nicholas Reinhart
1126 SW Blue Water Way
Stuart, FL 34997

SSN: xxx–xx–9414

# ORDER DISMISSING CASE

At the time of filing of the above referenced case on **September 23, 2019**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

**1)** As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required deadline:

> The petition was not accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" or was otherwise deficient.

**2)** The following additional requirements remain outstanding:

> Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
> Official Bankruptcy Form 106A/B, Schedule A/B: Property
> Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
> Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
> Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
> Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
> Official Bankruptcy Form 106H, Schedule H: Your Codebtors
> Official Bankruptcy Form 106I, Schedule I: Your Income
> Official Bankruptcy Form 106J, Schedule J: Your Expenses
> **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
> Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
> Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for

        Bankruptcy
        Chapter 13 Plan
        Official Bankruptcy Form 122C−1, Chapter 13 Statement of Your Current Monthly Income
        and Calculation of Commitment Period and/or 122C−2, Chapter 13 Calculation of Your
        Disposable Income
        Debtor's Certification of Credit Counseling
        Debtor's Payment Advices

      Because the debtor has failed to meet the deadline(s) in paragraph (1) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

                                                # # #

The clerk shall serve a copy of this order on all parties of record.